PARSONS NON-SKID CO. et al. v. TIMES SQUARE AUTOMOBILE CO. (Circuit Court, S. D. New York. February 9, 1909.) Howard P. Demson, for complainant. William Paul Buchler, for defendant.

LACOMBE, Circuit Judge. The trial of this suit is suspended until the hearing and determination of the suit against the manufacturer in the New Hampshire district upon the following conditions: (1) All testimony taken in the New Hampshire case to be considered as taken in this case. (2) Defendant in New Hampshire case to raise no objection to the taking of testimony by the plaintiff in New York City, and itself to take its expert testimony in this city if plaintiff so requests. (3) Complainant in this case may move to vacate this order at any time, upon proof tending to show unreasonable delay on the part of the defendant in the New Hampshire case.

PENNSYLVANIA SUGAR REFINING CO. v. AMERICAN SUGAR REFINING CO. et al. (Circuit Court, S. D. New York. January 21, 1909.) Upon motion for production of books. See, also, 160 Fed. 144. Battle & Marshall, for plaintiff. Parsons, Closson & McIlvaine, for defendants.

NOYES, Circuit Judge. Without passing upon any of the questions relating to damages presented upon the argument and brief, it is sufficient to say that, in my opinion, a case is not presented calling for an order for the production of the books described in the motion. The motion for the production of books for inspection is denied.

VAILE v. MOFFAT. (Circuit Court, S. D. New York. January 27, 1909.) Upon Motion to Remand. Barbour, Rush, Hare & Haller, for plaintiff. Alexander & Green, for defendant.

NOYES, Circuit Judge. While regarding the question raised upon this motion as a doubtful one, I have concluded to follow the decision in Barlow v. Chicago, etc., R. Co. (C. C.) 164 Fed. 765, and to deny the motion to remand. An order may be entered accordingly.

WHITMAN v. TAUBEL. (Circuit Court, S. D. New York. January 27, 1909.) Upon Motion to Remand. Hyman & Campbell, for plaintiff. Jas. W. & Chas. J. McDermott, for defendant.

NOYES, Circuit Judge. The motion to remand is denied, upon the authority of Stimson v. United Wrapping Machine Co. (C. C.) 156 Fed. 298, and Bolles v. Lehigh Valley R. Co. (C. C.) 127 Fed. 884. An order may be entered accordingly.